**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KORTNEY DARBY, | ) | Case No. 23 cv 14305 |
| | ) | |
| | ) | Judge |
| Plaintiff, | ) | |
| | ) | Magistrate Judge |
| v. | ) | |
| | ) | |
| DET. JUAN C. MORALES, | ) | |
| DET. MICHAEL CHERNIK, | ) | |
| DET. CHRISTO TAGLIERI, | ) | |
| P.O. FARRELL #1402, | ) | |
| P.O. SCHULER #430, | ) | |
| P.O. FERIZOVIC #1022, | ) | |
| Individually, and The City of Chicago | ) | |
| A Municipal Corporation, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, KORTNEY DARBY, by and through his attorneys, C. NORRIS LAW GROUP, LLC., and complaining against the Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, Individually, and the CITY OF CHICAGO, a Municipal Corporation, as follows:

**FACTS**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, KORTNEY DARBY, accomplished by acts and/or omissions of the Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental

1

jurisdiction of the State of Illinois.

3.      The Plaintiff, KORTNEY DARBY, was at all relevant times a United States Citizen and resident of the State of Illinois.

4.      At all relevant times the Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, were duly appointed Chicago Police Officers acting within the scope of their employment and under color of law.

5.      The CITY OF CHICAGO is a statutory municipal corporation and the employer of the Defendants.

6.      On or about August 3, 2019, the shooting and murder of JOHNNY PARRIS ("PARRIS" hereinafter"), and the attempted murder LAYLA HARTISON ("HARTISON" hereinafter ) occurred at or near 4608 W. Monroe St., in Chicago, IL 60644.

7.      In response to a subsequent Chicago Police Department issued bulletin regarding the above shooting, Defendant P.O. FARRELL #1402 of Chicago Police attempted to match a description of the vehicle used in the above murder, with a vehicle owned by KORTNEY DARBY, even though the description vehicle and suspect did not match the description/s given to police by the HARTISON and other witnesses.

8.      On August 16, 2019, Defendant DET. TAGLIERI went to the Seal Funeral Home located at 8354 S. Marquette Ave. during services for PARRIS, and attempted to show the photograph of DARBY to HARTISON, the grieving sibling of PARRIS and the attempted murder victim in that shooting.

9.       HARTISON refused to identify DARBY by the photograph on that date.

2

10. On August 23, 2019, DET. MORALES and Chicago Police officers presented HARTISON with a photograph lineup, and requested that HARTISON identify the person who shot PARRIS; at that time HARTISON had already been arrested and convicted multiple times for crimes of dishonesty, and was known to be an unreliable witness.

11. On or about September 3, 2019, the Defendants arrested the Plaintiff, KORTNEY DARBY, at or near 2407 W.Ogden Ave., in Chicago, IL, for the above- referenced murder and attempted murder.

12. The Plaintiff, KORTNEY DARBY, was placed under arrest and brought to Area North police station where he was interrogated by Defendants.

13. Within the first hour, an ambulance was called and DARBY was transported to St. Mary's Hospital.

14. Three hours later DARBY was transported back to Area North and placed in an interrogation room.

15. At the time of the interrogation of Plaintiff, KORTNEY DARBY, Defendants also searched his vehicle which did not match descriptions of the truck used in alleged crimes, which did not produce any evidence of the alleged crimes, and Defendants also reviewed his cell phone GPS data which showed him in a different location at the time of the crimes alleged.

16. During this interrogation, Plaintiff, KORTNEY DARBY, told the Defendants that he did not commit the crimes alleged, that he was not at the scene of the crime, and that the officers could verify his location at the time of the shooting, which they did.

17. Despite this information, Plaintiff, KORTNEY DARBY, was unlawfully charged with murder and attempted murder.

18.     Plaintiff, KORTNEY, was unlawfully detained from September 3, 2019 until September 29, 2021.

19.     Beginning on September 27, 2021, and ending on September 29, 2021, a bench trial was held in front of the Honorable Maria Kuriakos-Ciesil, wherein KORTNEY DARBY was found not guilty of all crimes charged, and wherein the Judge opined about the failures in the Defendants investigation.

**COUNT I – 42 U.S.C. § 1983 UNLAWFUL PRETRIAL DETENTION**
**(DEFENDANTS DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402,**
**P.O. SCHULER #430, P.O. FERIZOVIC #1022)**

20. The Plaintiff, KORTNEY DARBY, hereby re-alleges his allegations of paragraphs 1-19 as though fully set forth herein.

21.     Subsequent to Plaintiff's arrest, Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, caused Plaintiff to be detained without probable cause from September 3, 2019, until September 29, 2021.

22.     Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, knew that the charges recommended to the States Attorney's Office for approval were false.

23.     Due to the false allegations of Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022,  the false criminal charges against the Plaintiff were approved.

24.     Detention without probable cause violates the Fourth Amendment (as applied to the states by the Fourteenth Amendment). *Manuel v. Joliet*, 137 S. Ct. 911 (2017).

4

25. As outlined above, Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, caused Plaintiff to be detained without probable cause from September 3, 2019, until September 29, 2021, in violation of Plaintiff's Fourth Amendment and Fourteenth Amendment rights.

26. The misconduct of Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, as outlined above proximately caused injury to Plaintiff, KORTNEY DARBY, including but not limited to, loss of liberty, emotional pain and suffering, lost wages, attorney's fees, and costs.

**WHEREFORE** the Plaintiff, KORTNEY DARBY, prays for judgment against Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, for reasonable compensatory damages, punitive damages, plus attorney's fees and costs.

### COUNT II – MALICIOUS PROSECUTION
**(DEFENDANTS DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022)**

27. The Plaintiff hereby realleges and incorporates paragraphs 1 – 26 as though fully set forth herein.

28. The Defendant, CITY OF CHICAGO, by through its employees and agents, Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, proceeded with criminal charges knowing they were false.

29. The Plaintiff retained an attorney and had to litigate the matter.

30. The Defendant, CITY OF CHICAGO, through its employees and agents, Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, committed acts that were intentional, willful and wanton.

31. The charges were resolved in the Plaintiff's favor.

32. As a result of the actions of the Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, and the CITY OF CHICAGO, and its employees and agents, the Plaintiff suffered fear, emotional distress, anxiety and monetary expenses.

**WHEREFORE**, the Plaintiff, KORTNEY DARBY, prays for judgment in his favor and against the Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, and the CITY OF CHICAGO, and its employees and agents, for reasonable compensatory and punitive damages, plus costs.

## COUNT III– INDEMNIFICATION
### DEFENDANT THE CITY OF CHICAGO

33. The Plaintiff, KORTNEY DARBY, incorporates each paragraph of this Complaint as if fully restated here.

34. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

35. The Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022,

6

were employees of THE CITY OF CHICAGO, acting within the scope of their employment with the Chicago Police Department in committing the misconduct described herein.

**WHEREFORE**, should the Defendants, DET. JUAN C. MORALES, DET. MICHAEL CHERNIK, DET. CHRISTO TAGLIERI, P.O. FARRELL #1402, P.O. SCHULER #430, P.O. FERIZOVIC #1022, be found liable for any of the acts alleged above, Defendant CITY OF CHICAGO would be liable to pay the Plaintiff, KORTNEY DARBY, any judgment obtained against said officers.

## Jury Demand

The Plaintiff, KORTNEY DARBY hereby requests a trial by jury.


Respectful submitted

**PLAINTIFF**:
Kortney Darby

/s/ *Cierra N. Norris*
Attorney for Plaintiff


Cierra N. Norris
**C. Norris Law Group, LLC**
900 W. Jackson Blvd., Ste 6E
Chicago, IL 60607
ARDC: #6325783
W: 312-325-6129
E: cierra@cnnorrislaw.com