UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| KOURTNEY DARBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23 cv 14305 |
| V. ) | |
| ) | |
| DET. JUAN C. MORALES, ) | Honorable Thomas Durkin |
| DET. MICHAEL CHERNIK, ) | |
| P.O FARRELL #1402, ) | |
| P.O. SCHULER #430, ) | JURY DEMAND |
| P.O. FERIZOVIC #1022, ) | |
| Individually, and The City of Chicago ) | |
| A Municipal Corporation, ) | |
| ) | |
| Defendants. ) | |

## PARTIES' INITIAL JOINT STATUS REPORT

The parties, through their respective counsel, submit the following joint status report in accordance with this Court's February 29, 2024 order:

**A. Nature of the Case**

1. The attorneys of record, including lead trial counsel, are as follows:
   a. Counsel for Plaintiff:
      Cierra N. Norris (Lead Attorney)

   b. Counsel for Defendant:
      Gregory Beck (Lead Attorney)
      City of Chicago - Law Department

2. This court has jurisdiction over this case pursuant to 28 U.S.C. 1331, as Plaintiff's Complaint includes causes of actions for alleged violations of Plaintiff's rights under the federal Constitution, as enforced under federal law, 28 U.S.C. 1983. This court has supplemental jurisdiction over the state law claim pursuant to 28 U.S.C. 1367.

    3. Plaintiff's Complaint raises three causes of action and seeks compensatory and punitive damages along with costs and attorney fees:
        a. Count I - Fourth Amendment claim for unlawful pretrial detention, brought under Section 1983;
        b. Count II - Claim for malicious prosecution brought under state law;
        c. Count III - Indemnification claim against City of Chicago.

B. **Pending Motions and Case Plan**
    1. No pending motions.
    2. Discovery plan
        a. General type of discovery needed: written and oral
        b. Date to issue written discovery: April 5, 2024
        c. Liability discovery completion date: April 4, 2025
        d. Deadline to amend pleadings: September 27, 2024
    3. E-Discovery
        a. The parties do not anticipate that discovery will encompass electronically stored information.
    4. A jury trial has been requested. The parties anticipate the trial will take 5 days.
        a. The parties anticipate written and oral discovery and propose the following schedule:

C. **Consent to Proceed Before a Magistrate Judge**
    1 The parties do not consent to proceed before a Magistrate Judge.

D. **Status of Settlement Discussions**
    1 No settlement discussions have occurred.
    2 The parties do not request a settlement conference before a Magistrate Judge at this time.

**Dated: March 20, 2024**

Respectfully submitted,

| For Plaintiff Kourtney Darby, | For Defendants |
|---|---|
| */s/ Cierra N. Norris* | */s/ Gregory Beck* |
| Cierra N. Norris | Gregory Beck |
| **C. NORRIS LAW GROUP, LLC** | **City of Chicago - Law Department** |
| 900 W. Jackson Blvd., Ste. 6E | 2 North LaSalle St., Ste 420 |
| Chicago, IL 60622 | Chicago, IL 60602 |
| W: (312) 625-6129 | Chicago, IL 60603 |
| T: (234) 525-8833 | W: (312) 742-514 |
| E: cierra@cnnorrislaw.com | E: Gregory.Beck@cityofchicago.org |